UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

MILPITAS VISTAS, LLC, et al.,

    Defendants.

Case No. 21-cv-05768-SVK

**ORDER ON ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE**

Re: Dkt. No. 8

Plaintiff's Administrative Motion requesting extension of the deadline to serve Defendant Beyond Cars LLC (Dkt. 8) is DENIED. in part and GRANTED in part. Plaintiff states, both in the motion and in the declaration of counsel Tehniat Zaman, signed under penalty of perjury, that he has new information and "anticipates that service upon Defendant can be completed shortly." Dkt. 8; Dkt. 8-1. Inexplicably, Plaintiff then asks for an additional 90 days, the entire initial time to serve a complaint in the Northern District of California. The request for an additional 90 days is DENIED. The Court GRANTS an extension of 30 days from the date of this order, until October 28, 2021, to complete service on Defendant Beyond Cars LLC. The Court also GRANTS a 30-day extension of the deadline to complete the site inspection. No further extensions will be granted without an explicit showing of good cause supported by facts specific to this case. Plaintiff's usual boilerplate, non-specific complaints regarding COVID and the like shall not be sufficient.

**SO ORDERED.**

Dated: September 28, 2021

SUSAN VAN KEULEN
United States Magistrate Judge